ACCEPTED
03-14-00340-CV
4634346
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/25/2015 11:12:20 AM
JEFFREY D. KYLE
CLERK



## KEN PAXTON
### ATTORNEY GENERAL OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/25/2015 11:12:20 AM
JEFFREY D. KYLE
Clerk

MEGAN NEAL
ASSISTANT ATTORNEY GENERAL

(512) 475-4009
MEGAN.NEAL@texasattorneygeneral.gov

March 25, 2015

**VIA E-FILING**

Jeffrey D. Kyle
Clerk of the Court
Third Court of Appeals
P. O. Box 12547
Austin, TX 78711-2547

Re:    Court of Appeals No. 03-14-00340-CV
       Trial Court No. D-1-GN-13-001238
       *Appellants CPS Energy, Time Warner Cable Texas LLC, and Southwestern Bell Telephone
       Company d/b/a AT&T/Cross-Appellant, Public Utility Commission of Texas v.
       Appellees Public Utility Commission of Texas/Cross-Appellee, CPS Energy, Time Warner
       Cable Texas LLC and Southwestern Bell Telephone Company d/b/a AT&T*

Dear Mr. Kyle:

       In response to the Court's March 12, 2015 letter, I am writing to advise the Court
that I will present oral argument on behalf of the Public Utility Commission of Texas
in the above-referenced matter.

       Thank you.

                                          Sincerely,

                                          */s/ Megan Neal*
                                          Megan Neal
                                          State Bar No. 24043797

MN/lab
cc:    Counsel of record - *via electronic service*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was electronically filed with the Court of Appeals for the Third District of Texas. All counsel were served with a true and correct copy of this document electronically or by email on the 25th day of March, 2015, to the following:

| | |
|---|---|
| Alfred R. Herrera<br>Felipe Alonso III<br>Sean Farrell<br>HERRERA & BOYLE, PLLC<br>816 Congress Avenue, Suite 1250<br>Austin, TX 78701<br>(512) 474-1492<br>(512) 474-2507 (fax)<br>aherrera@aherreraboylelaw.com<br>falonso@aherreraboylelaw.com<br>sfarrell@aherreraboylelaw.com<br><br>Curt D. Brockman<br>CPS Energy<br>145 Navarro<br>P. O. Box 1771<br>San Antonio, TX 78296<br>(210) 353-5689<br>(210) 353-6832 (fax)<br>cdbrockmann@cpsenergy.com<br>*Attorneys for CPS Energy* | Michael T. Sullivan<br>MAYER BROWN LLP<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>(312) 782-0600<br>(312) 706-8689 (fax)<br>msullivan@mayerbrown.com<br><br>Joseph E. Cosgrove, Jr.<br>Katherine C. Swaller<br>Thomas Ballo<br>AT&T LEGAL DEPARTMENT<br>816 Congress Avenue, Suite 1100<br>Austin, TX 78701<br>(512) 457-2304<br>(512) 870-3420 (fax)<br>joseph.cosgrove.jr@att.com<br>katherine.swaller@att.com<br>thomas.ballo@att.com<br><br>Paul A. Drummond<br>Natalie L. Hall<br>AT&T LEGAL DEPARTMENT<br>1010 N. St. Mary's, Rm 14Q<br>San Antonio, TX 78215<br>(210) 351-4830<br>(210) 886-2127 (fax)<br>paul.drummond@att.com<br>natalie.hall@att.com<br>*Attorneys for AT&T* |

| | |
|---|---|
| Valerie P. Kirk<br>Melissa Lorber<br>ENOCH KEVER PLLC<br>600 Congress Avenue, Suite 2800<br>Austin, TX 78701<br>(512) 615-1200<br>(512) 615-1198 (fax)<br>vkirk@enochkever.com<br>mlorber@enochkever.com<br>*Attorneys for Time Warner* | John Davidson Thomas<br>Paul A. Werner<br>James Aaron George<br>SHEPPARD MULLIN RICHTER &<br>HAMPTON LLP<br>2099 Pennsylvania Ave., N.W.<br>Suite 100<br>Washington, D.C.  20006<br>(202) 747-1900<br>(202) 747-1901 (fax)<br>dthomas@sheppardmullin.com<br>pwerner@sheppardmullin.com<br>ageorge@sheppardmullin.com<br>*Attorneys for Time Warner* |

*/s/ Megan Neal*
Megan Neal